COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Gregory Raynard Thompson v. The State of Texas

Appellate case numbers:  01-13-00804-CR

Trial court case number:  1396292

Trial court:                    184th District Court of Harris County

  Appellant's court-appointed counsel filed a brief concluding that the above-referenced appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). Counsel has not, however, filed a motion to withdraw from representation.

  If appointed counsel believes that an appeal is frivolous, counsel must request permission to withdraw. *See id.* An *Anders* brief must accompany a motion to withdraw; neither the brief nor the motion may be filed on its own. *See id.*; *In re Schulman*, 252 S.W.3d 403, 406–08 (Tex. Crim. App. 2008).

  Accordingly, we order appellant's appointed counsel, Brian A. Middleton, to file with the Clerk of this Court within 10 days of the date of this order a motion to withdraw that complies with Texas Rules of Appellate Procedure 6.5, 9, and 10. *See* TEX. R. APP. P. 6.5, 9, 10; *Schulman*, 252 S.W.3d at 410, 412.

  It is so ORDERED.


Judge's signature: /s/ Justice Jim Sharp
      ☑ Acting individually  ☐ Acting for the Court


Date:  March 18, 2014